**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/17/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

JOSE MEJIA, Individually, and On Behalf of All Others Similarly Situated,

            Plaintiff,

vs.

SPONGEBATH LLC,

            Defendant.

---------------------------------------x

Case No.: 1:22-cv-05296-VEC

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Jose Mejia hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Spongebath LLC.

DATED: October 14, 2022

**MIZRAHI KROUB LLP**

        /s/ Edward Y. Kroub
        EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

> The Clerk of Court is respectfully directed to close the case and to strike the class action language from the caption. Dismissal only pertains to the named Plaintiff.
>
> SO ORDERED.
>
> *Valerie Caproni*   10/17/2022
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE